RUDOLPH RAIFORD, Respondent, v. FLORENCE M. SPOHRER, Appellant.

In our opinion, the papers indicate an arguable defense since there is an issue of fact with respect to plaintiff's compliance with article 10 of the Personal Property Law. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.